UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson,**<br><br>    Plaintiff,<br><br>v.<br><br>**Jack M. Wallace**, in individual and representative capacity as trustee;<br>**El Dorado Nursery & Garden, Inc.**, a California Corporation; and Does 1-10,<br><br>    Defendants. | Case No.: 2:16-cv-02758-WBS-GGH<br><br>**ORDER ON STIPULATION TO CONTINUE SCHEDULING CONFERENCE**<br><br><br>Complaint Filed: November 22, 2016<br>Trial Date:    N/A |

Having read the Stipulation to Continue Scheduling Conference and finding good cause it is hereby ordered that the deadline for the Rule 26 joint report be continued to **September 11, 2017**, and the scheduling conference, be continued **to September 25, 2017 at 1:30 p.m.**

IT IS SO ORDERED.

Dated: June 20, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-1-