# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>JACK M. WALLACE, in individual and representative capacity as trustee; EL DORADO NURSERY & GARDEN, INC., a California Corporation; and Does 1-10,<br><br>    Defendants. | Case No.: 2:16-CV-02758-WBS-GGH<br><br>**ORDER** |

## **ORDER**

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal no later than **January 22, 2018**. The Court sets a Status Conference for **January 29, 2018 at 1:30 p.m.** at which the parties, by and through their attorneys of record shall show cause why this case is not dismissed. If this case is dismissed prior to this hearing, the hearing will be automatically vacated and no appearance shall be required.

**IT IS SO ORDERED.**

Dated: November 21, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE